UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

April Linn Lucas,

    Plaintiff,

v.                                                Case No. 18-10087

Commissioner of Social Security,      Sean F. Cox
                                                                 United States District Court Judge

    Defendant.
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case for further administrative proceedings, as set forth in this Court's Order issued this date, and Magistrate Judge Stafford's February 20, 2019 Report and Recommendation, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                                     s/Sean F. Cox
                                                     Sean F. Cox
                                                     United States District Judge

Dated: March 11, 2019